UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

9 KINGS HONG KONG LIMITED,

Petitioner, Cross-Respondent

-against-

THE AMBR GROUP.,

Respondent, Cross-Petitioner

24 MISC 00211 (MKV)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated July 29, 2026, the Court having considered Petitioner's arguments for vacating the Award, the Court finds them to be without merit. Accordingly, the Petition [ECF No. 1] to Confirm Arbitration Award and Enter Judgment is GRANTED, and the Motion to Vacate Arbitration Award [ECF No. 13] is DENIED. Accordingly, the case is closed.

**Dated:** New York, New York
August 3, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**